**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: WALLACE, MARC D § Case No. 14-10415 | |
| ADAMS-WALLACE, LENETTE § | |
| § | |
| Debtor(s) § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 22, 2014.  The undersigned trustee was appointed on March 22, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        60,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 35.85 |
| Bank service fees | 268.52 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 59,695.63 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/12/2014 and the deadline for filing governmental claims was 09/08/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,250.00, for a total compensation of $6,250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/30/2015        By: /s/THOMAS E. SPRINGER, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-10415  
**Case Name:** WALLACE, MARC D  
ADAMS-WALLACE, LENETTE  
**Period Ending:** 04/30/15

**Trustee:** (330640)   THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 03/22/14 (f)  
**§341(a) Meeting Date:** 04/14/14  
**Claims Bar Date:** 08/12/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   1260 White Chapel Lane, Algonquin, IL - value pe | 298,000.00 | 0.00 | | 0.00 | FA |
| 2   cash on hand | 20.00 | 0.00 | | 0.00 | FA |
| 3   checking account at MECU | 1,688.08 | 5,561.40 | | 5,561.40 | FA |
| 4   checking account at MECU | 601.92 | 0.00 | | 0.00 | FA |
| 5   savings account at MECU | 580.86 | 0.00 | | 0.00 | FA |
| 6   real estate tax escrow account at MECU | 10,016.13 | 6,498.85 | | 6,498.85 | FA |
| 7   joint checking account at MECU, but is son's son's account - joint account in the names of Marc Wallace and son | 9,716.68 | 4,858.34 | | 4,858.34 | FA |
| 8   UTMA Account at TD Waterhouse - minor child account by Marc Wallace, as custodian only | 6,460.87 | 0.00 | | 0.00 | FA |
| 9   joint savings account at MECU, but is son's account - joint account in the names of Marc Wallace and son | 21.86 | 0.00 | | 0.00 | FA |
| 10   usual and ordinary; all 15 years old | 2,000.00 | 0.00 | | 0.00 | FA |
| 11   misc. | 200.00 | 0.00 | | 0.00 | FA |
| 12   usual and ordinary | 500.00 | 0.00 | | 0.00 | FA |
| 13   wedding rings, misc. gold pieces, watches, costu | 2,500.00 | 0.00 | | 0.00 | FA |
| 14   treadmill, home gym, pool table | 500.00 | 0.00 | | 0.00 | FA |
| 15   EIRA at TD Waterhouse for son - minor child account by Lenette Adams-Wallace, as custodian only | 969.36 | 0.00 | | 0.00 | FA |
| 16   EIRA at TD Waterhouse for daughter - minor child account by Lenette Adams-Wallace, as custodian only | 969.36 | 0.00 | | 0.00 | FA |
| 17   401k at Hewitt | 255,263.06 | 0.00 | | 0.00 | FA |
| 18   401k at Merril Lynch | 6,000.00 | 0.00 | | 0.00 | FA |
| 19   401k at Fidelity | 280,147.01 | 0.00 | | 0.00 | FA |
| 20   IRA at TD Waterhouse | 3,972.77 | 0.00 | | 0.00 | FA |
| 21   IRA at TD Waterhouse | 6,091.50 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-10415  
**Case Name:** WALLACE, MARC D  
ADAMS-WALLACE, LENETTE  
**Period Ending:** 04/30/15

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 03/22/14 (f)  
**§341(a) Meeting Date:** 04/14/14  
**Claims Bar Date:** 08/12/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | Interest in mother's estate 1/3 interest in some real estate that has yet to be liquidated. | Unknown | 0.00 | | 0.00 | FA |
| 23 | unvested restricted stock options<br>Trustee value includes vested Google stock and Google stock that would have vested in January, 2015. Debtors claimed exemption and the Trustee's objection thereto was resolved as part of the global settlement | Unknown | 6,815.99 | | 6,815.99 | FA |
| 24 | 2012 Infinity G37 with over 9,000 miles<br>2012 Infinity G37 with over 9,000 miles | 20,000.00 | 0.00 | | 0.00 | FA |
| 25 | 2011 Infinity M37<br>2011 Infinity M37 | 23,450.00 | 0.00 | | 0.00 | FA |
| 26 | Transer into ILUMTA accoutn for Lauren Wallace Bank of America; minor daughter; this transfer was listed in Debtors' SOFA | 36,265.42 | 36,265.42 | | 36,265.42 | FA |
| 26 | **Assets  Totals** (Excluding unknown values) | **$965,934.88** | **$60,000.00** | | **$60,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Global settlement for turnover of non-exempt assets/transfers asset #3,6,7, 23 and 26 entered on December 5, 2014 for lump sum of $60,000. Trustee to review claims and file any objections thereto if necessary and then the Final Fee Application and Final Report will be prepared.

**Initial Projected Date Of Final Report (TFR):** April 15, 2015    **Current Projected Date Of Final Report (TFR):** April 15, 2015

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-10415  
**Case Name:** WALLACE, MARC D  
ADAMS-WALLACE, LENETTE  
**Taxpayer ID #:** **-***3776  
**Period Ending:** 04/30/15  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********76 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/30/14 | | MARC & LENETTE WALLACE | Settlement Pursuant to Order approving compromise entered 12/5/14. | | 60,000.00 | | 60,000.00 |
| | {3} | | 5,561.40 | 1229-000 | | | 60,000.00 |
| | {6} | | 6,498.85 | 1229-000 | | | 60,000.00 |
| | {7} | | 4,858.34 | 1229-000 | | | 60,000.00 |
| | {23} | | 6,815.99 | 1229-000 | | | 60,000.00 |
| | {26} | | 36,265.42 | 1229-000 | | | 60,000.00 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 59,990.00 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 89.17 | 59,900.83 |
| 02/27/15 | 1000 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 35.85 | 59,864.98 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 80.44 | 59,784.54 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 88.91 | 59,695.63 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 59,695.63 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 60,000.00 | 60,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 59,695.63 | |
| | | | **Subtotal** | | 60,000.00 | 304.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$60,000.00** | **$304.37** | |

{} Asset reference(s)

Printed: 04/30/2015 11:16 AM  V.13.23

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 14-10415 | | **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| **Case Name:** | WALLACE, MARC D | | **Bank Name:** | Rabobank, N.A. |
| | ADAMS-WALLACE, LENETTE | | **Account:** | ****926866 - Checking Account |
| **Taxpayer ID #:** | **-***3776 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 04/30/15 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 59,695.63 | | 59,695.63 |
| | | | **ACCOUNT TOTALS** | | 59,695.63 | 0.00 | **$59,695.63** |
| | | | Less: Bank Transfers | | 59,695.63 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ********76** | 60,000.00 | 304.37 | 0.00 |
| **Checking # ****926866** | 0.00 | 0.00 | 59,695.63 |
| | **$60,000.00** | **$304.37** | **$59,695.63** |

{} Asset reference(s)                                                                                         Printed: 04/30/2015 11:16 AM    V.13.23

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 12, 2014

**Case Number:** 14-10415  
**Debtor Name:** WALLACE, MARC D

Page: 1

**Date:** April 30, 2015  
**Time:** 11:16:36 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $6,250.00 | $0.00 | 6,250.00 |
| 200 | SPRINGER BROWN, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $6,070.00 | $0.00 | 6,070.00 |
| BOND 200 | ARTHUR B. LEVINE COMPANY<br>ADAMS LEVINE<br>60 East 42nd Street, Room 965<br>New York, NY 10165 | Admin Ch. 7 | Bond Payment | $35.85 | $35.85 | 0.00 |
| 1 610 | CIT SMALL BUSINESS LENDING CORPORAT<br>1 CIT Drive<br>Livingston, NJ 07039 | Unsecured | | $246,695.75 | $0.00 | 246,695.75 |
| 2 610 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | (2-1) HOME DESIGN - FURNITURE/GECRB | $1,409.71 | $0.00 | 1,409.71 |
| 3 610 | PYOD, LLC ITS SUCCESSORS AND ASSIGN<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $30,606.96 | $0.00 | 30,606.96 |
| **<< Totals >>** | | | | 291,068.27 | 35.85 | 291,032.42 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                         Exhibit D

Case No.: 14-10415
Case Name: WALLACE, MARC D
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:**                     $      59,695.63

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $         0.00
Remaining balance:                       $    59,695.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 6,250.00 | 0.00 | 6,250.00 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 6,070.00 | 0.00 | 6,070.00 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 35.85 | 35.85 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $    12,320.00
Remaining balance:                                         $    47,375.63

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:                                             $    47,375.63

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 47,375.63 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 278,712.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CIT SMALL BUSINESS LENDING CORPORAT | 246,695.75 | 0.00 | 41,933.43 |
| 2 | CAPITAL RECOVERY V, LLC | 1,409.71 | 0.00 | 239.62 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 30,606.96 | 0.00 | 5,202.58 |

|  | Total to be paid for timely general unsecured claims: | $ | 47,375.63 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**