**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: WALLACE, MARC D § | Case No. 14-10415 |
| ADAMS-WALLACE, LENETTE § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
7th Floor
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 05/29/2015 in Courtroom 240, United States Courthouse, Old Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed  / /   By: _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: WALLACE, MARC D § Case No. 14-10415
   ADAMS-WALLACE, LENETTE §
   §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 60,000.00 |
| *and approved disbursements of* | $ 304.37 |
| *leaving a balance on hand of* [1] | $ 59,695.63 |
| **Balance on hand:** | $ 59,695.63 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 59,695.63 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 6,250.00 | 0.00 | 6,250.00 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 6,070.00 | 0.00 | 6,070.00 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 35.85 | 35.85 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 12,320.00 |
| Remaining balance: | $ 47,375.63 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 47,375.63

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 47,375.63

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 278,712.42 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CIT SMALL BUSINESS LENDING CORPORAT | 246,695.75 | 0.00 | 41,933.43 |
| 2 | CAPITAL RECOVERY V, LLC | 1,409.71 | 0.00 | 239.62 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 30,606.96 | 0.00 | 5,202.58 |

Total to be paid for timely general unsecured claims: $ 47,375.63
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/THOMAS E. SPRINGER, TRUSTEE
Trustee

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                              Case No. 14-10415-DRC
Marc D Wallace                                                      Chapter 7
Lenette Adams-Wallace
        Debtors                     CERTIFICATE OF NOTICE

District/off: 0752-1           User: mflowers                Page 1 of 2              Date Rcvd: May 07, 2015
                               Form ID: pdf006               Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2015.
db/jdb         +Marc D Wallace,    Lenette Adams-Wallace,    1260 White Chapel Lane,    Algonquin, IL 60102-6058
21694234       +Ardmin Properties Real Estate Inves,    c/o Dennis L. Madsen,    20280 Govenors Hwy, Suite 205,
                 Olympia Fields, IL 60461-1070
21694235       #+Ardmin Property Management,    c/o Joe Ardovitch,    1460 Renaissance Drive #210,
                 Park Ridge, IL 60068-1347
21694239        CIT Small Business Lending,    PO Box 277280,    Atlanta, GA 30384-7280
22010469       +CIT Small Business Lending Corporation,    1 CIT Drive,    Livingston, NJ 07039-5703
21694236        Charter One,    PO Box 42010,    Providence, RI 02940-2010
21694238        Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
21694237        Chase,    PO Box 9001020,    Louisville, KY 40290-1020
21694240       +Citi,    PO Box 6500,    Sioux Falls, SD 57117-6500
21694241        Citi Cards,    Processing Center,    Des Moines, IA 50363-0005
21694242       +Citi Cards/CITIBANK,    PO Box 6241,    Sioux Falls, SD 57117-6241
21694243       +Dalan Property Management,    134 West 25th Street, 2nd Floor,    New York, NY 10001-7409
21694246       +Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago, IL 60664-0338
23047343       +JP Morgan Chase Bank N A,    Pierce & Associates P C,    1 North Dearborn Suite 1300,
                 Chicago, IL 60602-4373
23029335       +JP Morgan Chase Bank, NA,    c/o Pierce & Associates,    1 N. Dearborn, Suite 1300,
                 Chicago, IL 60602-4321
21694247        Law Offices Cohon Raizes & Regal,    208 S. LaSalle Street, Suie 1860,    Chicago, IL 60604-1160
21694248       #+Marc S. Lichtman & Associates, Ltd.,    222 N. LaSalle Street, Suite 200,
                 Chicago, IL 60601-1114
21694249       +Motorola Employees Credit Union,    1205 E. Algonquin Road,    Schaumburg, IL 60196-1065
21694251       +SFR Fundking/Kahala,    59 Deep Woods Way,    Ormond Beach, FL 32174-1848
21694252       +Small Business Administration,    500 W. Madison Street,    Chicago, IL 60661-2566
21694254       +Sysco Foods,    1630 N. Alpine,    Rockford, IL 61107-1436
21694255       +Teller Levit Silvertrust,    19 S. LaSalle 701,    Chicago, IL 60603-6369
21694256        The 1919 Six LLC,    1380 Rose Road,    Lake Zurich, IL 60047
21694257        Urban Partnership Bank,    PO Box 19260,    Chicago, IL 60619-0260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22211139        E-mail/PDF: rmscedi@recoverycorp.com May 08 2015 00:39:51     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21694244        E-mail/PDF: gecsedi@recoverycorp.com May 08 2015 00:39:26     GE Capital,
                 44 Old Ridgebury Road,    Danbury, CT 06810-5107
21694245       +E-mail/PDF: gecsedi@recoverycorp.com May 08 2015 00:39:40     GECRB/Home Design Furn,
                 c/o PO Box 965036,    Orlando, FL 32896-0001
22239326       +E-mail/PDF: resurgentbknotifications@resurgent.com May 08 2015 00:39:39
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
21694250        E-mail/PDF: pa_dc_claims@navient.com May 08 2015 00:39:23     Sallie Mae,   PO Box 9500,
                 Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21694253        Small Business Administration
                                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2015                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: mflowers              Page 2 of 2              Date Rcvd: May 07, 2015
                              Form ID: pdf006             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2015 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    JP Morgan Chase Bank, NA anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Ariane  Holtschlag    on behalf of Joint Debtor Lenette  Adams-Wallace aholtschlag@wfactorlaw.com,
               bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;nbouchard@wfactorlaw.com
              Ariane  Holtschlag    on behalf of Debtor Marc D Wallace aholtschlag@wfactorlaw.com,
               bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;nbouchard@wfactorlaw.com
              Dana N O'Brien    on behalf of Creditor    JP Morgan Chase Bank, NA dobrien@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Michele M Springer    on behalf of Trustee Thomas E Springer mspringer@springerbrown.com,
               marigonzo@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
              Thomas E Springer     tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com;IL85@ecfcbis.com;iprice@springerbrown.
               com
                                                                                             TOTAL: 8
```