**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: WALLACE, MARC D § | Case No. 14-10415 |
| ADAMS-WALLACE, LENETTE § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $908,248.57                Assets Exempt: $901,373.93
*(without deducting any secured claims)*

Total Distribution to Claimants: $47,375.63      Claims Discharged
                                                 Without Payment: $231,336.79

Total Expenses of Administration: $12,624.37

---

    3) Total gross receipts of $ 60,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $60,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,624.37 | 12,624.37 | 12,624.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 278,712.42 | 278,712.42 | 47,375.63 |
| **TOTAL DISBURSEMENTS** | $0.00 | $291,336.79 | $291,336.79 | $60,000.00 |

4) This case was originally filed under Chapter 7 on March 22, 2014. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/16/2015          By: /s/THOMAS E. SPRINGER, TRUSTEE
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| checking account at MECU | 1229-000 | 5,561.40 |
| real estate tax escrow account at MECU | 1229-000 | 6,498.85 |
| joint checking account at MECU, but is son's | 1229-000 | 4,858.34 |
| unvested restricted stock options | 1229-000 | 6,815.99 |
| Transer into ILUMTA accoutn for Lauren Wallace | 1229-000 | 36,265.42 |
| **TOTAL GROSS RECEIPTS** | | **$60,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 6,250.00 | 6,250.00 | 6,250.00 |
| SPRINGER BROWN, LLC | 3110-000 | N/A | 6,070.00 | 6,070.00 | 6,070.00 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 35.85 | 35.85 | 35.85 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 89.17 | 89.17 | 89.17 |
| ASSOCIATED BANK | 2600-000 | N/A | 80.44 | 80.44 | 80.44 |
| ASSOCIATED BANK | 2600-000 | N/A | 88.91 | 88.91 | 88.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $12,624.37 | $12,624.37 | $12,624.37 |

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 — GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CIT SMALL BUSINESS LENDING CORPORAT | 7100-000 | N/A | 246,695.75 | 246,695.75 | 41,933.43 |
| 2 | CAPITAL RECOVERY V, LLC | 7100-900 | N/A | 1,409.71 | 1,409.71 | 239.62 |

**UST Form 101-7-TDR (10/1/2010)**

| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | N/A | 30,606.96 | 30,606.96 | 5,202.58 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $278,712.42 | $278,712.42 | $47,375.63 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-10415  
**Case Name:** WALLACE, MARC D  
ADAMS-WALLACE, LENETTE  
**Period Ending:** 10/16/15

**Trustee:** (330640)   THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 03/22/14 (f)  
**§341(a) Meeting Date:** 04/14/14  
**Claims Bar Date:** 08/12/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1260 White Chapel Lane, Algonquin, IL - value pe | 298,000.00 | 0.00 | | 0.00 | FA |
| 2 | cash on hand | 20.00 | 0.00 | | 0.00 | FA |
| 3 | checking account at MECU | 1,688.08 | 5,561.40 | | 5,561.40 | FA |
| 4 | checking account at MECU | 601.92 | 0.00 | | 0.00 | FA |
| 5 | savings account at MECU | 580.86 | 0.00 | | 0.00 | FA |
| 6 | real estate tax escrow account at MECU | 10,016.13 | 6,498.85 | | 6,498.85 | FA |
| 7 | joint checking account at MECU, but is son's<br>    son's account - joint account in the names of Marc<br>    Wallace and son | 9,716.68 | 4,858.34 | | 4,858.34 | FA |
| 8 | UTMA Account at TD Waterhouse - minor child<br>    account by Marc Wallace, as custodian only | 6,460.87 | 0.00 | | 0.00 | FA |
| 9 | joint savings account at MECU, but is son's<br>    account - joint account in the names of Marc Wallace<br>    and son | 21.86 | 0.00 | | 0.00 | FA |
| 10 | usual and ordinary; all 15 years old | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | misc. | 200.00 | 0.00 | | 0.00 | FA |
| 12 | usual and ordinary | 500.00 | 0.00 | | 0.00 | FA |
| 13 | wedding rings, misc. gold pieces, watches, costu | 2,500.00 | 0.00 | | 0.00 | FA |
| 14 | treadmill, home gym, pool table | 500.00 | 0.00 | | 0.00 | FA |
| 15 | EIRA at TD Waterhouse for son - minor child<br>    account by Lenette Adams-Wallace, as custodian<br>    only | 969.36 | 0.00 | | 0.00 | FA |
| 16 | EIRA at TD Waterhouse for daughter - minor child<br>    account by Lenette Adams-Wallace, as custodian<br>    only | 969.36 | 0.00 | | 0.00 | FA |
| 17 | 401k at Hewitt | 255,263.06 | 0.00 | | 0.00 | FA |
| 18 | 401k at Merril Lynch | 6,000.00 | 0.00 | | 0.00 | FA |
| 19 | 401k at Fidelity | 280,147.01 | 0.00 | | 0.00 | FA |
| 20 | IRA at TD Waterhouse | 3,972.77 | 0.00 | | 0.00 | FA |
| 21 | IRA at TD Waterhouse | 6,091.50 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-10415
**Case Name:** WALLACE, MARC D
ADAMS-WALLACE, LENETTE
**Period Ending:** 10/16/15

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE
**Filed (f) or Converted (c):** 03/22/14 (f)
**§341(a) Meeting Date:** 04/14/14
**Claims Bar Date:** 08/12/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | Interest in mother's estate 1/3 interest in some real estate that has yet to be liquidated. | Unknown | 0.00 | | 0.00 | FA |
| 23 | unvested restricted stock options<br>Trustee value includes vested Google stock and Google stock that would have vested in January, 2015. Debtors claimed exemption and the Trustee's objection thereto was resolved as part of the global settlement | Unknown | 6,815.99 | | 6,815.99 | FA |
| 24 | 2012 Infinity G37 with over 9,000 miles<br>2012 Infinity G37 with over 9,000 miles | 20,000.00 | 0.00 | | 0.00 | FA |
| 25 | 2011 Infinity M37<br>2011 Infinity M37 | 23,450.00 | 0.00 | | 0.00 | FA |
| 26 | Transer into ILUMTA accoutn for Lauren Wallace Bank of America; minor daughter; this transfer was listed in Debtors' SOFA | 36,265.42 | 36,265.42 | | 36,265.42 | FA |
| 26 | **Assets Totals** (Excluding unknown values) | **$965,934.88** | **$60,000.00** | | **$60,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Global settlement for turnover of non-exempt assets/transfers asset #3,6,7, 23 and 26 entered on December 5, 2014 for lump sum of $60,000. Trustee to review claims and file any objections thereto if necessary and then the Final Fee Application and Final Report will be prepared.

**Initial Projected Date Of Final Report (TFR):** April 15, 2015     **Current Projected Date Of Final Report (TFR):** April 30, 2015 (Actual)

Printed: 10/16/2015 01:35 PM     V.13.25

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-10415  
**Case Name:** WALLACE, MARC D  
ADAMS-WALLACE, LENETTE  
**Taxpayer ID #:** **-***3776  
**Period Ending:** 10/16/15

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********76 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/30/14 | | MARC & LENETTE WALLACE | Settlement Pursuant to Order approving compromise entered 12/5/14. | | 60,000.00 | | 60,000.00 |
| | {3} | | 5,561.40 | 1229-000 | | | 60,000.00 |
| | {6} | | 6,498.85 | 1229-000 | | | 60,000.00 |
| | {7} | | 4,858.34 | 1229-000 | | | 60,000.00 |
| | {23} | | 6,815.99 | 1229-000 | | | 60,000.00 |
| | {26} | | 36,265.42 | 1229-000 | | | 60,000.00 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 59,990.00 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 89.17 | 59,900.83 |
| 02/27/15 | 1000 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 35.85 | 59,864.98 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 80.44 | 59,784.54 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 88.91 | 59,695.63 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 59,695.63 | 0.00 |
| | | | ACCOUNT TOTALS | | 60,000.00 | 60,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 59,695.63 | |
| | | | Subtotal | | 60,000.00 | 304.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $60,000.00 | $304.37 | |

{} Asset reference(s)

Printed: 10/16/2015 01:35 PM V.13.25

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-10415  
**Case Name:** WALLACE, MARC D  
ADAMS-WALLACE, LENETTE  
**Taxpayer ID #:** **-***3776  
**Period Ending:** 10/16/15  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****926866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 59,695.63 | | 59,695.63 |
| 06/05/15 | 10101 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $6,250.00, Trustee Compensation; Reference: | 2100-000 | | 6,250.00 | 53,445.63 |
| 06/05/15 | 10102 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $6,070.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,070.00 | 47,375.63 |
| 06/05/15 | 10103 | CIT SMALL BUSINESS LENDING CORPORAT | Dividend paid 16.99% on $246,695.75; Claim# 1; Filed: $246,695.75; Reference: | 7100-000 | | 41,933.43 | 5,442.20 |
| 06/05/15 | 10104 | CAPITAL RECOVERY V, LLC | Dividend paid 16.99% on $1,409.71; Claim# 2; Filed: $1,409.71; Reference: | 7100-900 | | 239.62 | 5,202.58 |
| 06/05/15 | 10105 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | Dividend paid 16.99% on $30,606.96; Claim# 3; Filed: $30,606.96; Reference: | 7100-900 | | 5,202.58 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 59,695.63 | 59,695.63 | **$0.00** |
| | | | Less: Bank Transfers | | 59,695.63 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **59,695.63** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$59,695.63** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ********76** | 60,000.00 | 304.37 | 0.00 |
| **Checking # ****926866** | 0.00 | 59,695.63 | 0.00 |
| | **$60,000.00** | **$60,000.00** | **$0.00** |

{} Asset reference(s)                          Printed: 10/16/2015 01:35 PM    V.13.25